# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**399**

**KA 09-02164**

PRESENT: SCUDDER, P.J., SMITH, PERADOTTO, LINDLEY, AND GREEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                    MEMORANDUM AND ORDER

TERRANCE B. HINES, ALSO KNOWN AS "T,"
DEFENDANT-APPELLANT.

---

WILLIAM G. PIXLEY, ROCHESTER, FOR DEFENDANT-APPELLANT.

JON E. BUDELMANN, DISTRICT ATTORNEY, AUBURN (ROMOLO CANZANO OF COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Cayuga County Court (Stephen R. Sirkin, A.J.), rendered October 14, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal sale of a controlled substance in the third degree (Penal Law § 220.39 [1]). Contrary to the contention of defendant, the record establishes that he was sentenced in accordance with the terms of the plea bargain (*see People v Green*, 277 AD2d 970, *lv denied* 96 NY2d 759). By pleading guilty, defendant forfeited his further contention with respect to the People's alleged violation of CPL 160.50 (*see generally People v Nunez*, 73 AD3d 1469, *lv denied* 15 NY3d 808).

Entered:  March 25, 2011                        Patricia L. Morgan
                                                Clerk of the Court